UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 10-1927-JST (RNBx)                                    Date:  May 12, 2011
Title:  JERI B. SCHWEBS, etc. v. WYSE FINANCIAL SERVICES INC., etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

On March 22, 2011, the Court set a scheduling conference for May 23, 2011, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 8 ¶ 1.)  Parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form and Order" along with their joint 26(f) Report.  (*Id*. ¶ 1(k).)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for counsel's failure to submit a Joint Rule 26(f) Report and completed ADR-01 Form and Order.  No later than **May 16, 2011, 12:00 p.m.**, counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form and Order, and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

Initials of Preparer:  enm