# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI B. SCHWEBS, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WYSE FINANCIAL SERVICES, INC., a Colorado Corporation; and DOES 1 through 10 inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>8:10-CV-01927-JST (RNBx)<br><br>**ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2**.
☐ **SETTLEMENT PROCEDURE NO. 3**

be:
☐ APPROVED.

X  DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

The parties' selection of the settlement procedure was not in compliance with paragraph 1.k. of the Order Setting Scheduling Conference in this case (Doc. 8). It is ordered that the parties shall use Settlement Procedure No. 2, and shall select an attorney from the Attorney Settlement Officer Panel.

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: May 24, 2011

_____
United States District Judge