1  CHARLES R. MESSER, ESQ. (SBN 101094)
   messerc@cmtlaw.com
2  STEPHEN A. WATKINS, ESQ. (SBN 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   WYSE FINANCIAL SERVICES, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
          CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION
10

11 JERI B. SCHWEBS, an individual;          )  CASE NO. 8:10-cv-01927-JST -RNB
   on behalf of himself and all others      )
12 similarly situated,                      )  District Judge: Josephine Staton Tucker
                                            )  Magistrate Judge: Robert N. Block
13                  Plaintiff,              )
                                            )  STIPULATION TO MODIFY
14       vs.                                )  SCHEDULING ORDER TO
                                            )  CONTINUE THE LAST DAY FOR
15 WYSE FINANCIAL SERVICES,                 )  HEARING ON MOTION TO ADD
   INC., a Colorado Corporation; and        )  PARTIES
16 DOES 1-10, inclusive,                    )
                                            )
17                  Defendants.             )
                                            )
18                                          )
                                            )
19 _____  )

20

21 TO THE COURT:

22       IT IS HEREBY STIPULATED by and between Plaintiff JERI B. SCHWEBS

23 ("Plaintiff") and Defendant WYSE FINANCIAL SERVICES, INC. ("Defendant"),

24 through their respective counsel of record, as follows:

25       WHEREAS this Court's May 19, 2011 Scheduling Order set the Last Day for

26 Hearing on Motion to Add Parties and Amend Pleadings for August 22, 2011

27

28

                                      1

1  WHEREAS Plaintiff served his First Set of Interrogatories, First Set of
2  Requests for Production and First Set of Requests for Admission on May 26, 2011;
3  WHEREAS Defendant responded to Plaintiff's First Set of Interrogatories,
4  First Set of Requests for Production and First Set of Requests for Admission on July
5  5, 2011;
6  WHEREAS Defendant served supplemental responses to Plaintiff's First Set
7  of Interrogatories, on August 9, 2011;
8  WHEREAS the parties have endeavored to attempt to resolve this litigation
9  before any additional costly and time-intensive class-related discovery takes place;
10  WHEREAS, in light of the foregoing, the parties agree that a continuance of
11  not less than 60 days of Last Day for Hearing on Motion to Add Parties and Amend
12  Pleadings from August 22, 2011 to October 24, 2011;
13  WHEREAS, this is the first such request for a continuance in this case;
14  NOW THEREFORE, the Parties stipulate as follows:
15  That the Last Day for Hearing on Motion to Add Parties and Amend
16  Pleadings be continued from August 22, 2011 to October 24, 2011.
17  IT IS SO STIPULATED

DATED: August 24, 2011

/s/ Charles R. Messer, Esq.
CARLSON & MESSER LLP
Charles R. Messer, Esq.
Stephen A. Watkins
Attorneys for Defendant
WYSE FINANCIAL SERVICES, INC.

/s/ Robert E. Schroth, Jr., Esq.
SCHROTH & SCHROTH
Robert E. Schroth, Jr., Esq.
Attorneys for Plaintiff
JERI B. SCHWEBS