UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JERI B. SCHWEBS, an individual; on behalf of himself and all others similarty situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WYSE FINANCIAL SERVICES, INC., a Colorado Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 8:10-cv-01927-JST(RNBx)<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE THE LAST DAY FOR HEARING ON MOTION TO ADD PARTIES |

　　The Court has reviewed the Stipulation of Plaintiff JERI B. SCHWEBS and Defendant WYSE FINANCIAL SERVICES, INC. to Modify the Scheduling Order to Continue the Last Day for Hearing on Motion to Add Parties.

　　Pursuant to the Stipulation between the parties and for good cause, the Court orders as follows: The Last Day for Hearing on Motion to Add Parties and Amend Pleadings is continued from August 22, 2011 to October 24, 2011.

DATED: August 30, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

1