1  CHARLES R. MESSER, ESQ. (SBN 101094)
   messerc@cmtlaw.com
2  STEPHEN A. WATKINS, ESQ. (SBN 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   WYSE FINANCIAL SERVICES, INC.
7

8                  UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

10

11  JERI B. SCHWEBS, an individual;    )  CASE NO. 8:10-cv-01927-JST -RNB
    on behalf of himself and all others )
12  similarty situated,                )  District Judge: Josephine Staton Tucker
                                        )  Magistrate Judge: Robert N. Block
13                 Plaintiff,           )
                                        )  STIPULATION RE DISMISSAL OF
14        vs.                           )  ENTIRE ACTION AND ALL PARTIES
                                        )
15  WYSE FINANCIAL SERVICES,           )
    INC., a Colorado Corporation; and  )
16  DOES 1-10, inclusive,               )
                                        )
17                 Defendants.          )
                                        )
18                                      )
                                        )
19  _____      )

20

21  TO THE COURT:

22        IT IS HEREBY STIPULATED by and between Plaintiff JERI B. SCHWEBS

23  ("Plaintiff") and Defendant WYSE FINANCIAL SERVICES, INC. ("Defendant"),

24  through their respective counsel of record that Plaintiff shall dismiss, with

25  prejudice, his individual action and claims in the above-entitled lawsuit, only,

26  pursuant to FRCP 41(a)(1).

27        With respect to the class action claims and causes of action asserted in the

28  Complaint, the parties agree that said claims and causes of action shall be dismissed

                                     1

1  without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

2      Each party shall bear its/hers/their own costs and expenses

3

4  IT IS SO STIPULATED

5      DATED:  September 19, 2011            /s/ Charles R. Messer, Esq.
6                                           CARLSON & MESSER LLP
                                            Charles R. Messer, Esq.
7                                           Stephen A. Watkins
                                            Attorneys for Defendant
8                                           WYSE FINANCIAL SERVICES,
                                            INC.
9

10                                          /s/ Robert E. Schroth, Jr., Esq.
                                            SCHROTH & SCHROTH
11                                          Robert E. Schroth, Jr., Esq.
                                            Attorneys for Plaintiff
12                                          JERI B. SCHWEBS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2