JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JERI B. SCHWEBS, an individual; on behalf of himself and all others similarty situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYSE FINANCIAL SERVICES, INC., a Colorado Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:10-cv-01927-JST(RNBx)<br><br>ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES |

The Court has reviewed the Stipulation of Defendant WYSE FINANCIAL SERVICES, INC.("Defendant"), by and through its respective counsel of record, Charles R. Messer of Carlson & Messer LLP, and by Plaintiff JERI B. SCHWEBS ("Plaintiff"), by and through his respective counsel of record, Robert Schroth of Schroth & Schroth, to dismiss the above-entitled action in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

1. That the above-entitled lawsuit is hereby dismissed, pursuant to FRCP 41(a)(1). Plaintiff's individual claims against Defendant are dismissed, with prejudice. The class action claims asserted in the lawsuit are dismissed, without prejudice. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: September 21, 2011

                              **JOSEPHINE STATON TUCKER**
                              UNITED STATES DISTRICT JUDGE